# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 17-986 consolidated with 17-985, 17-987, 17-988, 17-989, 17-990, 17-991, 17-992

**NICHOLAS HULIN, ET AL.**

**VERSUS**

**MULTI-CHEM GROUP, LLC, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 120857
HONORABLE ANTHONY THIBODEAUX, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**MARC T. AMY**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Marc T. Amy, Van H. Kyzar, and Candyce G. Perret, Judges.

**AFFIRMED.**

**Richard G. Duplantier, Jr.**
**Galloway, Johnson, Tompkins, Burr & Smith**
**701 Poydras Street, Suite 4040**
**New Orleans, LA   70139**
**(504) 525-6802**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
**Multi-Chem Group, LLC**
**Cade Bourque**
**John Gauthier**
**Nathan Walker**
**Aaron Gauthier**

**Derriel Carlton McCorvey**
**102 Versailles Boulevard, Suite 620**
**Lafayette, LA   70501**
**(337) 291-2431**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
      **Nicholas Hulin, et al.**

**AMY, Judge.**

For the reasons provided in the consolidated appeal of *Robert J. Broussard, et al. v. Multi-Chem Group, LLC*, 17-985 (La.App. 3 Cir. _/_/18), _ So.3d _, the judgment of the trial court is affirmed. Costs of this proceeding are assessed to the defendants-appellants, Multi-Chem Group, LLC, Cade Bourque, John Gauthier, Nathan Walker, and Aaron Gauthier.

**AFFIRMED.**